**UNITED STATES of America, Plaintiff–Appellee**

v.

**William Allen TILLEY, Defendant–Appellant.**

No. 10–11223
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 29, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before WIENER, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

Defendant–Appellant William Allen Tilley's probation was revoked and he was sentenced to 60 months of imprisonment and three years of supervised release and ordered to pay the $15,000 fine originally imposed. In his sole issue for appeal, he contends that there is a clerical error in

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the judgment of the offense of conviction that should be remanded for correction.

The judgment for the offense of conviction states that Tilley was convicted of conspiracy to distribute marijuana in violation of 21 U.S.C. § 841(a)(1)(D). Tilley was charged with violating § 841(b)(1)(D), and § 841(a)(1)(D) does not exist. *Cf.* § 841.

The case is remanded to the district court for the limited purpose of correcting the original judgment to reflect that Tilley was convicted and sentenced under § 841(b)(1)(D) rather than § 841(a)(1)(D). *See* FED.R.CRIM.P. 36. The district court's judgment is AFFIRMED in all other respects.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.